UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN PUGA | CIVIL ACTION |
| VERSUS | NUMBER: 11-0526 |
| THE HASTINGS LAW FIRM, P.C. AND TOMMY R. HASTINGS | SECTION: "C" 4 |

### J U D G M E N T

In accordance with the Court's order granting defendants' motion to dismiss, record document no. 21,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 1st day of June 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE